George Kershaw, by Benjamin Kershaw, His Guardian ad Litem, Respondent, v. Charles D. Steuer, Appellant.— Judgment and order affirmed, with costs. No opinion.

Charles F. Buente, Respondent, v. Matthew G. Collins, Appellant.— Judgment and order affirmed, with costs. No opinion.

John F. Mitchem and National Fabric Roll Company, Respondents, v. John A. Thompson, Individually and as Trustee for Leonard Paulson and Others, Impleaded with Leonard Paulson and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham, P. J., dissented.)

Sarah C. Neal, Appellant, v. Ancell H. Ball and Another, Copartners, Doing Business under the Firm Name and Style of Best & Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Yancu Simon, Appellant, v. Floretta Simon, also Known as Floretta Silverman, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Isaac H. Leiter, Trading under the Name of National Sanitary Flooring and Roofing Company, Respondent, v. Daniel P. Wager, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herbert Pokress and Barnett Pokress, Appellants, v. Massachusetts Bonding and Insurance Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent indicated in the order. No opinion.

Florence M. Myers, Appellant, v. Walter M. Chandler, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Aleck W. Levy, Appellant, v. Benjamin Gomprecht, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Israel Rothman, Respondent, v. Henry Friedman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Pollitz, Respondent, v. The Wabash Railroad Company and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Stage Society of New York, Appellant, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Katharine B. Trowbridge, Appellant, v. James M. Townsend, Individually and as Executor, etc., of Joseph Parker, Deceased, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. William W. Nutting, Appellant, v. William H. Maxwell and Others, Composing the Board of Superintendents of the Department of Education of the City of New York, and the Board of Education of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emanuel Baruch, Respondent, v. George W. Young, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.